FILED

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF VIRGINIA

2009 JUL 15  A 8: 34

### Alexandria Division

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.  1:09CR268 |
| | ) | |
| v. | ) | The Honorable Claude M. Hilton |
| | ) | |
| TAZ WUBE | ) | |
| a/k/a Taz Wube | ) | |
| a/k/a Tesfa Griggs-Wube | ) | |

## NOTICE OF FILING OF GOVERNMENT'S MOTION TO SEAL
## PURSUANT TO LOCAL CRIMINAL RULE 49(E)

The United States, through its undersigned counsel, has this day filed the

Government's Motion to Seal, Non-confidential Memorandum in support thereof, and

Proposed Protective Order, pursuant to Local Rule of Court 49(E) of the Local Criminal

Rules for the United States District Court for the Eastern District of Virginia.  The United

States has also submitted a Memorandum in support of its Motion.

Respectfully submitted,

Dana Boente
United States Attorney

By: _____

Kathryn R. Haun
Assistant United States Attorney

Dated: July 15, 2009