IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT
JUL 15 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:09CR268 |
| ) | |
| TESFA WUBE ) | The Honorable Claude M. Hilton |
|    a/k/a Taz Wube ) | |
|    a/k/a Tesfa Griggs-Wube ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning in or about 2004 and continuing through in or about February 2007, within the Eastern District of Virginia, the defendant, TESFA WUBE ("WUBE"), did unlawfully, knowingly and intentionally conspire with Aaron Waller and others to unlawfully, knowingly and intentionally distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846(a)(1) and 846.

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Kathryn R. Haun
Assistant U.S. Attorney