IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
|                                                                ) | |
| v.                                                           ) | No. 1:09-cr-268-CMH-1 |
|                                                                ) | The Honorable Claude M. Hilton |
| TESFA WUBE                                       ) | Sentencing Date: November 20, 2009 |
|                                                                ) | |
|             Defendant.                             ) | |
| _____ ) | |

## NOTICE OF FILING OF DEFENDANT'S MOTION
## TO SEAL PURSUANT TO LOCAL RULE 49(E)

The defendant, Tesfa Wube, by counsel, has this day filed the Defendant's Motion to Seal, Non-Confidential Memorandum in Support thereof, and Proposed Order, pursuant to Local Rule of Court 49(E) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia.

        Respectfully submitted,

        TESFA Wube
        By Counsel

/s/_____
Nina J. Ginsberg, Esquire
VSB # 19472
Attorney for Defendant
DiMuroGinsberg, P.C.
908 King Street, Suite 200
Alexandria, VA  22314
703-684-4333
703-548-3181 (Fax)
Nginsberg@dimuro.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 9th day of November, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    **Kathryn R. Haun**
    US Attorney's Office (Alexandria)
    2100 Jamieson Avenue
    Alexandria , VA 22314

    **Steven D. Mellin**
    United States Attorney's Office
    2100 Jamieson Ave
    Alexandria , VA 22314

        /s/_____
        Nina J. Ginsberg, Esquire
        VSB # 19472
        Attorney for Defendant
        DiMuroGinsberg, P.C.
        908 King Street, Suite 200
        Alexandria, VA  22314
        703-684-4333
        703-548-3181 (Fax)
        Nginsberg@dimuro.com