Judge: Hilton          **SENTENCING**          Date: 5/3/13
Reporter: Westfall                              Time: 9:20 to 9:25
Interpreter: ___                                Language: ___

Cr. #   1:09CR00268-001           AUSA: Mary Daly
U.S. v. Tesfa Wube                Defense: Nina Ginsberg

Court finds the guidelines to be properly assessed at a range of 108 to 135 months.

Based on the government's motion for a downward departure and considering the factors under § 3553, The Court finds that a sentence below the guideline range is appropriate.

**Sentence Imposed:**

38          Months imprisonment

3           Years supervised release

**Conditions of Supervised Release/Probation:**
- ✓ Substance abuse testing/treatment at direction of PO
- ___ Cooperate w/any orders/directives of the Bureau of Immigration and Customs Enforcement
- ___ Pay the restitution in monthly installments of $___ to commence within 60 days after release from confinement.
- ___ No new credit
- ___ Allow PO access to financial info.
- ___ Serve a term of ___ months home confinement: ( ) with electronic monitoring
- ___ Mental health testing/treatment    ( ) with work release
- ___ Mandatory drug testing is waived

Other: ___

**Monetary penalties:**
$100.00   Assessment   $ 0   Fine
$___      Restitution Ordered pursuant to the Restitution Judgment entered and filed in open court.

**Recommendations to BOP:***
- ___ Court rec. that the dft be incarcerated in a facility where he/she can receive drug treatment.
- ___ Court rec. that the dft be allowed to participate in the 500 hour drug treatment program
- ___ Court rec. that the dft be incarcerated: ___

Defendant: ___ Remanded  ✓ To voluntarily surrender once space is available.

*Based on the request of defense counsel following court, The Court adds the recommendation that the defendant be designated to the facility in Morgantown, WV.